UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                                       **Case No: 6:16-cv-469-Orl-41KRS**

**0.22 ACRES OF LAND IN OSCEOLA COUNTY FLORIDA, INDIAN CREEK OSCEOLA COUNTY HOMEOWNERS ASSOCIATION, INC. and UNKNOWN OWNERS, IF ANY,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Summary Default Judgment (Doc. 33). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 34), recommending that the Court grant Plaintiff's motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Final Summary Default Judgment (Doc. 33) is **GRANTED**.

3. The Court finds that $300.00 is just compensation for Parcel HT125-FL-OS-014.000.

4. Plaintiff shall pay $300.00 into the Court registry. Upon payment, ownership and property rights related to Parcel HT125-FL-OS-014.000 as defined in the Notice of Condemnation (Doc. 1-5) shall become vested in Plaintiff.

5. Upon payment of $300.00 into the Court registry by Plaintiff, Plaintiff and Liberty Mutual Insurance Company shall be released from the bond previously posted (Doc. 23).

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record